**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1273**

MICHAEL MOMENT; A. G. P., by his next friend and father
Michael Moment,

                Plaintiffs - Appellants,

      v.

FELTA A. PHILLIPS,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District
Judge. (8:08-cv-03433-AW)

Submitted: September 29, 2009      Decided: October 2, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Moment, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Moment appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moment v. Phillips, No. 8:08-cv-03433-AW (D. Md. Dec. 31, 2008). Moment's motion for injunctive relief pending appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED